# GALLET DREYER & BERKEY, LLP

845 Third Avenue - 8th Floor<br>
New York, NY 10022 - 6601<br>
Telephone 212 - 935 - 3131<br>
Facsimile 212 - 935 - 4514

November 3, 2014

**LEGAL MAIL - DO NOT OPEN OUTSIDE
OF PRESENCE OF INMATE**

**VIA CERTIFIED MAIL**

Luis Felipe Moreno-Godoy
Reg. No. 60641-054
FCI Talladega
PMB 1000
Talladega, AL 35160

      RE:    Luis Felipe Moreno-Godoy v. Gallet Dreyer & Berkey, LLP, *et. al.*
              Index No.: 14-CV-7082(PAE)
              Our File No.: 20062.003

Mr. Moreno-Godoy:

      As you may be aware, the above-referenced matter has been referred to Magistrate Judge James C. Francis. On October 31, 2014, we received a telephone call from Judge Francis' chambers requesting that we establish a time when we can have a conference with the Court to discuss the discovery phase of this case.

      The Court has proposed the following dates and times for the conference:

      December 12, 2014 - 9:30 a.m.
      December 17, 2014 - 1:30 p.m.
      December 19, 2014 - 9:30 a.m.
      January 8, 2015 - 1:30 p.m.
      January 9, 2015 - 1:30 p.m.

Please respond to us by letter with your preferred date and time, and we will coordinate with the Court to schedule the conference. We will make ourselves available at any time you select.

      Given your incarceration, the Court has given you leave to appear at the conference by telephone. To so appear, you can call my office at the date and time you select, and we will use our conference call facilities to conference in the Court. The telephone number for my office is

GALLET DREYER & BERKEY, LLP

Mr. Luis Felipe Moreno-Godoy
November 3, 2014
Page 2

212-935-3131.  Please be advised that you will be responsible for arranging a translator, if one is required, as well as for your cost of the call.  We do not accept collect calls.

       Please respond at your earliest convenience with the date and time that you are available for the conference, and we will notify the Court accordingly.

Very truly yours,

Adam M. Felsenstein

cc:

**VIA ECF**
Magistrate Judge James C. Francis

**VIA REGULAR MAIL**
Steven R. Kartagener, Esq.
233 Broadway, Suite 2340
New York, New York 10279