UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS FELIPE MORENO-GODOY,

                            Plaintiff,

              -v-

GALLET DREYER & BERKEY, LLP et al.,

                           Defendants.

14 Civ. 7082 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 11, 2019, this Court granted defendants' motions *in limine* and motions for summary judgment and dismissed plaintiff Luis Felipe Moreno-Godoy's remaining claims. Dkt. 189. Today, the United States Court of Appeals for the Second Circuit vacated the grants of summary judgment and remanded for proceedings consistent with this opinion. Dkt. 192.

Barring settlement, the case will now proceed to trial. Before the Court can set a trial date – a process which, pursuant to the District's COVID-19 protocols, entails centralized scheduling of jury trial dates – the Court will need to confer with counsel about, *inter alia*, the availability of the parties, counsel, and necessary witnesses. For this purpose, the Court needs to ascertain which counsel will representing Moreno-Godoy at trial. Moreno-Godoy filed his complaint *pro se*, Dkt. 1, but on December 1, 2015, able pro bono counsel entered their notices of appearance on behalf of Moreno Godoy and thereafter represented him in this Court, Dkt. 67, 68, and separate pro bono counsel appeared for him on the recent appeal, *see* Dkt. 192. The Court directs both sets of plaintiffs' counsel to promptly confer, among themselves and with Moreno-Godoy, and by Friday, August 6, 2021, to submit a joint letter addressing whether either is or both are available and client-approved to represent Moreno-Godoy at trial. Following

1

receipt of this letter, the Court will determine next steps, including whether to seek to secure a jury trial date for the fourth quarter of 2021, as to which applications by the Court are due on August 15, 2021.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 30, 2021
　　　　New York, New York