UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
LUIS FELIPE MORENO-GODOY,                             :
                                                      :         14 Civ. 7082 (PAE)
                              Plaintiff,              :
              -v-                                     :         ORDER
                                                      :
GALLET DREYER & BERKEY, LLP et al.,                   :
                                                      :
                              Defendants.             :
                                                      :
                                                      :
                                                      :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

      The Court has received a letter from counsel in response to its July 30, 2021 order. Dkt. 193. That order directed Mr. Moreno-Godoy's pro bono counsel to confer and advise the Court as to Mr. Moreno-Godoy's representation at trial. Mr. Moreno-Godoy's appellate counsel, at Axinn, states that Mr. Moreno-Godoy "has advised in writing that he would like Axinn to represent him at trial." Dkt. 194. This Court therefore hereby appoints John Tanski, Esq., and Craig Reiser, Esq. as pro bono counsel to represent Mr. Moreno-Godoy.

      This Court intends to schedule trial in this case promptly. As a result of COVID-19 restrictions, jury trials in this District must be centrally scheduled far in advance. Applications by individual chambers for fourth-quarter trial slots are due at the end of this week. To assist chambers in this process, the Court requests that counsel jointly advise the Court, by letter filed on the docket of this case by the close of business on Wednesday, August 11, 2021, whether there are any dates in October, November, or December 2021 on which necessary participants

are unavailable for trial.  The Court also directs counsel to confirm that a jury trial of approximately three days in length remains the parties' best estimate.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 9, 2021
       New York, New York