UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS FELIPE MORENO-GODOY,

                              Plaintiff,

-v-

GALLET DREYER & BERKEY, LLP et al.,

                              Defendants.

14 Civ. 7082 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    This case has been placed on the jury trial list for the week of December 13, 2021. The case must be trial-ready for that date. This case is a backup on the list for jury trials for that day. This means that the case will not proceed if a trial scheduled ahead of this one goes forward. The Court is mindful that it is possible that a necessary participant may prove unavailable for trial that week. If the Court determines that the case cannot proceed on the scheduled date, it will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that trial will proceed on the week of December 13, 2021, it will inform counsel and determine then whether any preclusive scheduling conflict exists.

    The Court further reminds the parties of its August 18, 2021 order, granting the motion of Gallet Dreyer & Berkey, LLP ("GDB") to withdraw as Roger Stavis's counsel, effective August 27, 2021, unless GDB withdraws that motion. Dkt. 205. Having not received any such filing from GDB, the Court grants GDB's motion to withdraw as Stavis's counsel. The Court will stay all proceedings in this case for two weeks, to give Stavis an opportunity to retain new counsel, should he so choose, in lieu of proceeding *pro se*. *See id.*

In the coming weeks, the Court will schedule a final pretrial conference to be held in person, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 30, 2021
      New York, New York