AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Luis Felipe Moreno-Godoy | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  14 Civ. 7082 (PAE) |
| Gallet Dreyer & Berkey, LLP, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Roger L. Stavis

Date: 08/30/2021

*Attorney's signature*

Roger L. Stavis
*Printed name and bar number*
Mintz & Gold, LLP
600 Third Avenue
25th Floor
New York, New York 10016

*Address*

Stavis@mintzandgold.com
*E-mail address*

(212) 696-4848
*Telephone number*

(212) 696-1231
*FAX number*