# MINTZ & GOLD LLP
#### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
LON JACOBS
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK***
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
RICHARD M. BRESLOW
BARRY M. KAZAN*
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
ANDREW R. GOTTESMAN
MATTHEW S. SEMINARA
RYAN W. LAWLER*
ADAM K. BRODY
GABRIEL ALTMAN
ANDREW E. STECKLER
ALEX J. OTCHY*
CECE M. COLE
CARLI M. ABERLE

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

*SENIOR COUNSEL*
JACK A. HORN
NOREEN E. COSGROVE
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

*OF COUNSEL*
HONORABLE VITO J. TITONE (dec.)
 (NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ (dec.)
HONORABLE HOWARD MILLER
 (NY Appellate Div. 1999-2010 [ret.])
ERIC M. KUTNER
MARC B. SCHLESINGER*
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO°

*ADMITTED TO PRACTICE ONLY BEFORE ALL
 COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
 IN NEW YORK CITY

*Also Admitted in New Jersey
**Also Admitted in Florida
***Also Admitted in California

August 30, 2021

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Moreno-Godoy v. Gallet Dreyer & Berkey
    Docket Number 14 Civ. 7082 (PAE)

Your Honor:

I am in receipt of your Honor's order placing the above-referenced case on the trial calendar for December 13th and providing me with a two-week window in which to obtain new counsel. In an effort to expedite matters, I will not take two weeks and have already entered my notice of appearance *pro se* in this action.

Now that I have entered my appearance and mindful of the trial date set by the Court, I respectfully request a settlement conference with all parties at the soonest possible date convenient to the Court and the parties. I have conferred with David S. Douglas, counsel for co-defendant, Gallet Dreyer & Berkey, LLP and he joins in this request for a settlement conference. I understand in making this request that there may be some delay in moving Mr. Moreno-Godoy here for the settlement conference from FCI Talladega, where he is currently incarcerated. Accordingly, I request that the Court commence the process by issuance of the requisite Writ to the Bureau of Prisons, ordering the production of Mr. Moreno-Godoy (Register # 60461-054) in this District. Mr. Moreno-Godoy's presence in this District and full participation in all settlement discussions, including the settlement conference with this Court, will facilitate the possibility of settlement sufficiently in advance of the scheduled trial date.

      In light of my entry into the case and immediate request for an expeditious settlement conference, I respectfully request that the Court allow me to delay the filing of any motions, including a motion to amend the pleadings, until such time as the parties have had the opportunity to engage in the meaningful settlement efforts mentioned herein.

      Thank you for your consideration.

                                          Respectfully submitted,

                                          Roger L. Stavis

cc: All Counsel (via ECF)