```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS FELIPE MORENO-GODOY                    :
                                            :        14-CV-7082 (PAE) (RWL)
                        Plaintiff,          :
                                            :
        - against -                         :        ORDER
                                            :
GALLET DREYER & BERKEY, L.L.P. et al        :
                                            :
                        Defendants.         :
                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The settlement conference in this case will be held via Teams. Plaintiff's counsel is encouraged to join Plaintiff at his place of incarceration. The Court recognizes the advantages of conducting the settlement conference in person rather than remotely; indeed, the Court prefers to, and usually does, conduct settlement conferences in person. Unfortunately, several factors, taken together, weigh in favor of conducting the conference remotely. Those factors include, among others, unnecessary exposure of persons to Covid-related risk; potential for escape; resources required for transferring the Plaintiff from and to Alabama; the amount at stake; and the prospects for resolution.

    Plaintiff's counsel shall make all necessary arrangements for Plaintiff to be able to participate by Teams and shall apprise the Court of any proposed orders needed to ensure the Plaintiff's availability and participation.

    A Teams link will be provided to the parties in the near future.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2021

Dated: September 27, 2021
      New York, New York

Copies transmitted this date to all counsel of record.