UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS FELIPE MORENO-GODOY,

                              Plaintiff,

        -v-

GALLET DREYER & BERKEY, LLP et al.,

                            Defendants.

14 Civ. 7082 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Trial in this case is provisionally scheduled for the week of December 13, 2021, although numerous cases are presently ahead of this one for that date. The Court hereby schedules the final pretrial conference in this case for November 18, 2021, at 11 a.m. The parties' revised Joint Pretrial Order is due November 11, 2021. By that date, the parties shall submit a Joint Pretrial Order prepared in accordance with the Court's Individual Rules and Practices governing trials, available at https://nysd.uscourts.gov/hon-paul-engelmayer, and Federal Rule of Civil Procedure 26(a)(3).

    The conference will be held in person, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York, 10007. The conference participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain access to the courthouse for the conference.

    The Court directs plaintiff's counsel to arrange for plaintiff Moreno-Godoy to participate by telephone at the conference, dial-in 888-363-4749, conference code 468-4906. Plaintiff's counsel should further be prepared to address (1) the arrangements that will be made for

transporting Mr. Moreno-Godoy to be present at trial in New York City and (2) who bears responsibility for the cost of transporting Mr. Moreno-Godoy to trial in the Southern District, and if such responsibility falls on plaintiff, the means by which the federal government will be reimbursed for such costs.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 2, 2021
New York, New York