1:14-cv-07082-PAE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of November, two thousand twenty-one.

Before:  Guido Calabresi,
 Steven J. Menashi,
  *Circuit Judges*,
 Denise Cote,
  *District Judge.*[*]

_____

Luis Felipe Moreno-Godoy,

 Plaintiff - Appellant,

v.

Steven R. Kartagener, Esq.,

 Defendant - Cross-Claimant - Appellee,

Gallet Dreyer & Berkey, LLP,

 Defendant - Counter-Defendant - Appellee,

Roger L. Stavis, Esq.

 Defendant - Appellee.

_____

**STATEMENT OF COSTS**

Docket No. 19-1279

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,474.60 in favor of the Appellant.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

CERTIFIED COPY ISSUED ON 11/09/2021

[*] Judge Denise Cote, of the United States District Court for the Southern District of New York, sitting by designation.