UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS FELIPE MORENO-GODOY,

                              Plaintiff,

          -v-

GALLET DREYER & BERKEY, LLP et al.,

                            Defendants.

14 Civ. 7082 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received word of an adverse medical development involving a participant in this case. The Court extends its best wishes for a speedy recovery.

In light of this event, the Court hereby adjourns, *sine die*, the deadline for the final pretrial order, which was to be due on November 11, 2021. The Court will, however, maintain the conference scheduled for November 16, 2021, and will then take up matters including the implications for the trial in this case, which is provisionally scheduled for next month, *see* Dkt. 217. The Court expects at least one counsel for each party to attend such conference.

SO ORDERED.

                                                                             Paul A. Engelmayer
                                                                             United States District Judge

Dated: November 10, 2021
       New York, New York