UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS FELIPE MORENO-GODOY,

                          Plaintiff,

      -v-

GALLET DREYER & BERKEY, LLP et al.,

                         Defendants.

14 Civ. 7082 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

At yesterday's conference, the Court adjourned, at the request of the parties, this case's provisional trial date, given the unavailability for medical reasons of trial counsel for defendant Gallet Dreyer & Berkey, LLP.

Trial for this case is now set to begin on April 11, 2022. This is a firm trial date, subject only to the District's central scheduling of jury trials, a practice which may or may not continue into the second quarter of 2022. The Court expects the parties to secure the availability of all necessary witnesses for this week and to promptly advise the Court if there is an unavoidable conflict with this date.

The revised Joint Pretrial Order, prepared in accordance with the Court's Individual Rules and Practices governing trials, available at https://nysd.uscourts.gov/hon-paul-engelmayer, and Federal Rule of Civil Procedure 26(a)(3), will be due on February 22, 2022. Any motions *in limine* must also be filed by that date. Any oppositions to motions *in limine* are due March 1, 2022.

The Court wishes all participants healthy and safe winter holidays.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 17, 2021
      New York, New York