IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS FELIPE MORENO-GODOY,<br><br>                                      Plaintiff,<br><br>      v.<br><br>GALLET DREYER & BERKEY, LLP;<br>ROGER L. STAVIS, ESQ.; STEVEN R.<br>KARTAGENER, ESQ.,<br><br>                                   Defendants. | Case No. 1:14-cv-7082 (PAE) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Plaintiff's Unopposed Motion to Voluntarily Dismiss the Third, Fourth and Fifth Claims of the First Amended Complaint, and pursuant to Federal Rules of Civil Procedure 15 and 41(a), on a date to be set by the Court, Plaintiff Luis Felipe Moreno Godoy requests that the Court dismiss the Third, Fourth and Fifth Claims of the First Amended Complaint by entering the accompanying Order submitted herewith.

| | |
|---|---|
| Dated: February 3, 2022<br>         New York, New York | Respectfully submitted,<br><br>AXINN, VELTROP & HARKRIDER LLP<br><br>*/s/ John M. Tanski*<br>_____<br>John M. Tanski<br>Francis H. Morrison<br>90 State House Square, 9th Floor<br>Hartford, Connecticut 06103<br>(860) 275-8100<br>jtanski@axinn.com<br>fmorrison@axinn.com |

Craig M. Reiser
Kail J. Jethmalani
Eva H. Yung
114 W 47th Street, 24th Floor
New York, New York 10036
Office (212) 728-2200
creiser@axinn.com
kjethmalani@axinn.com
eyung@axinn.com

*Attorneys for Luis Felipe Moreno Godoy*