IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS FELIPE MORENO-GODOY,<br><br>                                  Plaintiff,<br><br>      v.<br><br>GALLET DREYER & BERKEY, LLP;<br>ROGER L. STAVIS, ESQ.; STEVEN R.<br>KARTAGENER, ESQ.,<br><br>                                Defendants. | Case No. 1:14-cv-7082 (PAE) |

**ORDER GRANTING
PLAINTIFF'S UNOPPOSED MOTION TO
VOLUNTARILY DISMISS THE THIRD, FOURTH
AND FIFTH CLAIMS OF THE FIRST AMENDED COMPLAINT**

PAUL A. ENGELMAYER, District Judge:

AND NOW, this 4th day of February 2022, it is HEREBY ORDERED that Plaintiff's motion to dismiss the Third, Fourth and Fifth Claims for Relief in the First Amended Complaint is GRANTED.

IT IS HEREBY FURTHER ORDERED that the Third, Fourth and Fifth Claims for Relief in the First Amended Complaint (ECF No. 96) are dismissed with each party to bear their own costs. Plaintiff's First Claim for Relief against Defendants Gallet Dreyer & Berkey, LLP and Stavis and Plaintiff's Second Claim for Relief against Defendant Kartagener are not dismissed and shall proceed to trial, which has been scheduled to commence on April 11, 2022.

IT IS SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 4, 2022
New York, New York