

JOHN M. TANSKI
90 STATE HOUSE SQUARE
HARTFORD, CT 06103
860.275.8175
JTANSKI@AXINN.COM

February 11, 2022

VIA ECF

Honorable Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: _Moreno-Godoy v. Gallet, Dreyer & Berkey LLP, et al._, No. 1:14-cv-7082 (S.D.N.Y.)

Dear Judge Engelmayer:

    We write in response to Julia Solomon-Strauss's email of February 9, 2022 regarding the Court's intent to "seek further dates on which to try this case in May and June, 2022" in the event the April 11, 2022 trial date is unavailable.

    With respect to the possibility of scheduling trial during May or June of 2022, counsel for the parties have conferred and can advise the Court that one or more necessary participants is unavailable for trial on the following dates:

    May 2-20
    June 6-30

    We note, of course, that availability could be affected by continuing developments with respect to the COVID-19 pandemic as well as penological considerations.

    Respectfully,

    John M. Tanski

CC:    All Counsel of Record (via ECF)