Jared B. Foley (JF-1982)
GALLET DREYER & BERKEY, LLP
845 Third Avenue, 5th Floor
New York, New York 10022
(212) 935-3131
Attorneys for Defendants
Gallet Dreyer & Berkey, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LUIS FELIPE MORENO-GODOY,

                Plaintiff,

      -against-

GALLET DREYER & BERKEY, LLP, ROGER L.
STAVIS, ESQ., and STEVEN R. KARTAGENER, ESQ.

                Defendants.
-------------------------------------------------------------------X

14-CV-07082 (PAE)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the Declaration of Jared B. Foley, and the annexed memorandum of law, defendant Gallet Dreyer & Berkey, LLP will move this Court *in limine*, before the Honorable Paul A. Engelmayer, at the United States Courthouse located at 40 Foley Square, New York, New York 10007, on a date to be determined by this Court, for an Order:

      1.    Precluding plaintiff LUIS FELIPE MORENO-GODOY, and non-party witnesses MONZER AL-KASSAR, RAGHDAA HABBAL, and JUAN MANUEL RODRIGUEZ-OCAÑA from testifying regarding the source of the funds provided to defendant Steven R. Kartagener, Esq.; and

      2.    Granting to defendant GALLET DREYER & BERKEY, LLP such other and further relief as this Court deems just and proper.

Dated: New York, New York
February 22, 2022

                                                       GALLET DREYER & BERKEY, LLP

                                                       /s/ Jared B. Foley
                                                   Jared B. Foley (JF-1982)
                                                   845 Third Avenue, 5th Floor
                                                   New York, NY 10022
                                                   (212) 935-3131

                                                   *Attorneys for Defendant*
                                                   *Gallet Dreyer & Berkey, LLP*

TO:

Craig Matthew Reiser, Esq.
Axinn, Veltrop & Harkrider LLP
*Attorney for Plaintiff – Luis Felipe Moreno-Godoy*
114 West 47th Street
New York, NY 10036

David A. Robinson, Esq.
*Attorney for Defendant - Steven R. Kartagener, Esq.*
1540 Broadway, 24th Floor
New York, New York 10036

Roger Stavis
Mintz & Gold LLP
*Attorney for Defendant – Roger L. Stavis, Esq.*
600 Third Avenue, 25th Floor
New York, NY 10016