Jared B. Foley (JF-1982)
GALLET DREYER & BERKEY, LLP
845 Third Avenue, 5th Floor
New York, New York 10022
(212) 935-3131
Attorneys for Defendant
Gallet Dreyer & Berkey, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LUIS FELIPE MORENO-GODOY,

                Plaintiff,

                                                  14-CV-07082 (PAE)
       -against-

GALLET DREYER & BERKEY, LLP, ROGER L.
STAVIS, ESQ., and STEVEN R. KARTAGENER, ESQ.

                Defendants.
-------------------------------------------------------------------X

### DEFENDANT GALLET DREYER & BERKEY, LLP'S
### PROPOSED VOIR DIRE QUESTIONS

      In addition to the Court's customary *voir dire* questions regarding county of residence, occupation, and prior jury service, we respectfully request the *voir dire* questions which follow:

      1.     Have you or any member of your family had any negative experience with a law firm?

      2.     Have you or any member of your family ever been involved, either as a plaintiff or defendant in civil litigation?  What were the circumstances?

      3.     What are your overall impressions of lawyers?

      4.     Have you or any member of your family been the victim of a crime?

      5.     Have you or any member of your family been involved in a criminal court case, either as witness or defendant?

6. In your everyday life, what process do you use to assess whether someone is telling you the truth?

Dated: New York, New York
February 22, 2022

GALLET DREYER & BERKEY, LLP

/s/ Jared B. Foley

Jared B. Foley (JF-1982)
845 Third Avenue, 5th Floor
New York, New York 10022
(212) 935-3131

*Attorneys for Defendant*
*Gallet Dreyer & Berkey, LLP*