

Jared B. Foley<br>
Partner<br>
jbf@gdblaw.com

February 23, 2022

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Moreno-Godoy v. Gallet Dreyer & Berkey, LLP
               14 Civ. 7082 (PAE)

Dear Judge Engelmayer:

      We represent defendant Gallet, Dreyer & Berkey, LLP in this matter. We, on behalf of all of the Defendants, respectfully submit this letter requesting an adjournment of the briefing deadlines for the outstanding motions *in limine* filed on February 22, 2022. Today, the Defendants have served a Rule 68 Offer of Judgment upon counsel for plaintiff Luis Felipe Moreno-Godoy ("Plaintiff"), offering *complete relief* on the Plaintiff's claims against the Defendants.

      If, within 14 days of service of the Offer, the Offer is rejected by Plaintiff's counsel, Defendants will request a briefing schedule for a motion to dismiss on the grounds that, having been offered complete relief, Plaintiff's claims are now moot. *See Ward v. Bank of New York*, 455 F. Supp. 2d 262, 267 (S.D.N.Y. 2006) ("When a defendant offers the maximum recovery available to a plaintiff, the Second Circuit has held that the case is moot and 'there is no justification for taking the time of the court and the defendant in the pursuit of minuscule individual claims which defendant has more than satisfied.'")(citations omitted); *see also Bais Yaakov of Spring Valley v. Educ. Testing Serv.*, No. 13-CV-4577 (KMK), 2021 WL 323262, at *3 (S.D.N.Y. Feb. 1, 2021).

      We thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                                  Jared B. Foley

cc:    All Counsel (via ECF)