UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS FELIPE MORENO-GODOY,

                              Plaintiff,

-v-

GALLET DREYER & BERKEY, LLP et al.,

                              Defendants.

14 Civ. 7082 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 16, 2021, the Court set trial in this case to begin on April 11, 2022. *See* Dkt. 225. As the Court informed the parties, this was to be a firm trial date, subject only to the District's central scheduling of jury trials, a practice which has been continued for the second quarter of 2022.

This case has been put on the jury trial list to begin that same week, on April 13, 2022. It is extremely likely to proceed to trial that day. As soon as the Court confirms that the matter will proceed on April 13, 2022, it will inform the parties.

SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                     Paul A. Engelmayer
                                                     United States District Judge

Dated: March 3, 2022
        New York, New York