UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS FELIPE MORENO-GODOY,

                    Plaintiff,

-v-

GALLET DREYER & BERKEY, LLP et al.,

                    Defendants.

14 Civ. 7082 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules a final pretrial conference in this case for March 31, 2022, at 2 p.m. At this conference, the Court will, *inter alia*, resolve the pending motions *in limine*. See Dkts. 233–35, 240.

The conference will be held in person, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York, 10007. The conference participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain access to the courthouse for the conference.

Plaintiff Moreno-Godoy may participate by telephone at the conference, using dial-in 888-363-4749, and conference code 468-4906.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated: March 7, 2022
       New York, New York