UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS FELIPE MORENO-GODOY,

                        Plaintiff,

-v-

GALLET DREYER & BERKEY, LLP et al.,

                        Defendants.

14 Civ. 7082 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The parties have notified the Court that plaintiff Luis Moreno-Godoy has accepted defendants' settlement offer of $100,000.00 plus interest and costs. *See* Dkt. 258. The Court thanks all parties for their committed advocacy in this case. The Court particularly wishes to acknowledge the pro bono counsel who have ably represented Mr. Moreno-Godoy.

All deadlines, scheduled conferences, and trial are hereby adjourned. The Court denies the motions pending at docket entries 233, 234, 235, 240, and 245 as moot.

The Clerk of the Court is further respectfully directed to re-open this case, *see* Dkts. 192, 193, solely to facilitate this Court's imminent entry of judgment.

SO ORDERED.

                                                                 Paul A. Engelmayer
                                                                 United States District Judge

Dated: March 9, 2022
       New York, New York