## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LUIS FELIPE MORENO-GODOY,

Plaintiff,

v.

GALLET DREYER & BERKEY, LLP;
ROGER L. STAVIS, ESQ.; STEVEN R.
KARTAGENER, ESQ.,

Defendants.

Case No. 1:14-cv-7082 (PAE)

### RULE 68 JUDGMENT

**WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants GALLET DREYER & BERKEY, LLP; ROGER L. STAVIS; and STEVEN R. KARTAGENER (together "Defendants") offered to allow Plaintiff LUIS FELIPE MORENO GODOY to take a judgment against them in accordance with Defendants' Rule 68 Offer of Judgment dated March 8, 2022 (ECF No. 258-1);

**WHEREAS,** on March 8, 2022, Mr. Moreno Godoy confirmed his acceptance of Defendants' Offer of Judgment (ECF No. 258);

**NOW, THEREFORE,** it is hereby **ORDERED AND ADJUDGED** that judgment is entered against Defendants and in favor of Mr. Moreno Godoy in the amount of two hundred eight thousand, three hundred fifty-six dollars and four cents ($208,356.04), plus costs, in accordance with the terms and conditions of the Defendants' Rule 68 Offer of Judgment dated March 8, 2022 (ECF No. 258-1).

**IT IS HEREBY FURTHER ORDERED** that the clerk is directed to close the case.

Dated: March 9, 2022
New York, New York

Hon. Paul A. Engelmayer, U.S.D.J.