

JOHN M. TANSKI
90 STATE HOUSE SQUARE
HARTFORD, CT 06103
860.275.8175
JTANSKI@AXINN.COM

April 8, 2022

<u>VIA ECF</u>

Honorable Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: <u>Moreno-Godoy v. Gallet, Dreyer & Berkey LLP, et al.</u>, No. 1:14-cv-7082 (S.D.N.Y.)

Dear Judge Engelmayer:

    We submit this Bill of Costs on behalf of Luis Felipe Moreno Godoy for all taxable costs our client has identified to date. Mr. Moreno Godoy believes that he has incurred additional taxable costs, but states that his efforts to obtain appropriate documentation, which are ongoing, have been inhibited by his incarceration. It is accordingly possible that we will seek leave for Mr. Moreno Godoy to obtain additional taxable costs in the event that he identifies such costs.

                                                      Respectfully,

                                                      John M. Tanski

CC:    All Counsel of Record (via ECF)