IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS FELIPE MORENO-GODOY,<br><br>                              Plaintiff,<br><br>v.<br><br>GALLET DREYER & BERKEY, LLP;<br>ROGER L. STAVIS, ESQ.; STEVEN R.<br>KARTAGENER, ESQ.,<br><br>                              Defendants. | Case No. 1:14-cv-7082 (PAE)<br><br>The Honorable Paul A. Engelmayer |

### **DECLARATION OF JOHN M. TANSKI**

I, JOHN M. TANSKI, pursuant to the requirements of 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1.  I am an attorney duly admitted to practice before this Court and am a member in good standing of the bar of the State of New York and the bar of the State of Connecticut. I am an attorney with the law firm Axinn, Veltrop & Harkrider LLP. I am counsel of record for Luis Felipe Moreno Godoy in this case. I have personal knowledge of the following facts and, if called to testify in this matter, I could and would testify competently to the matters stated herein.

2.  Attached hereto as **Exhibit A** are true and correct copies of documents that I received from Mr. Moreno Godoy by Certified Mail on April 6, 2022.

3.  I understand **Exhibit A** to be a true and correct copy of documentation showing that in August 2014, Mr. Moreno Godoy paid a $350.00 filing fee to the United States District Court for the Southern District of New York in connection with the above-captioned case.

4.  The costs claimed for filing fees are allowable under Southern District of New York Local Rule 54.1(c)(10) and are correctly stated.

5. The costs claimed for filing fees were necessarily incurred because Mr. Moreno Godoy was required to pay the filing fee to open this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2022 in Hartford, CT.

_____
John M. Tanski